722 A.2d 674

**PINNACLE HEALTH HOSPITALS, Successor by Merger to Harrisburg Hospital, Petitioner,**

v.

**DAUPHIN COUNTY BOARD OF ASSESSMENT APPEALS, County of Dauphin, the School District of the City of Harrisburg, City of Harrisburg, Respondent.**

Nos. 245/246 M.D. Allocatur Docket 1998

Supreme Court of Pennsylvania.

Jan. 11, 1999.

## *ORDER*

PER CURIAM:

**AND NOW,** this 11th day of January 1999, the joint motion of the parties to withdraw appeal and for remand is granted. The above-captioned petitions for allowance of appeal are withdrawn and the matter is remanded to the Dauphin County Court of Common Pleas which shall have jurisdiction to consider the entry of an order of settlement as it may deem appropriate.